NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| LEE CARALL WATERS, | : | |
| | : | |
| Plaintiff, | : | Civil No. 06-4598 (RBK) |
| v. | : | **ORDER** |
| | : | |
| ATLANTIC COUNTY JUSTICE | : | |
| FACILITY MEDICAL DEPARTMENT, | : | |
| | : | |
| Defendant. | : | |

THIS MATTER having come before the Court upon motion by Defendant Atlantic County Justice Facility Medical Department to dismiss Plaintiff Lee Carall Water's Complaint for failure to prosecute under Federal Rule of Civil Procedure 41(b); and the Court having considered the moving papers; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that Defendant's motion to dismiss is **GRANTED.**

Dated:   10/16/2007

    /s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge